## **STATEMENT OF FACTS**

On November 20, 2014, members of the Metropolitan Police Department's, Narcotics Special Investigations Division, executed a search warrant at defendant Russell Ferguson's residence located at 313 50th Street, NE, Apartment #21, Washington, D.C. The defendant is the lessee of the residence. Officers knocked, announced, and gained entry into the residence. During a search of residence the following items were recovered from the kitchen area: approximately 137.9 grams of suspected crack cocaine; a pyrex bowl with white residue; two digital scales with white residue; approximately 7.9 grams of heroin; approximately 64.8 grams of cocaine powder; approximately 11.1 grams of methamphetamine; approximately 922 grams of marijuana; numerous empty ziploc bags; and a loaded .40 caliber semi-automatic handgun. After the gun and drugs were found, the defendant told the officers that it was all his. The defendant was placed under arrest. A portion of the crack cocaine field tested positive for cocaine. The approximate weight of the crack cocaine recovered indicated that the narcotics were going to be sold to others rather than used exclusively by the defendant.

_____
OFFICER HERBERT LEBOO
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THE \_\_\_\_\_ DAY OF NOVEMBER, 2014.

_____
U.S. MAGISTRATE JUDGE